UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| FLOYD QUIMBY,<br>    Plaintiff | :<br>:<br>: |
| v. | :   File No. 1:09-CV-20 |
| MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br>    Defendant | :<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed April 13, 2010. (Paper 29.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

The Plaintiff's Motion to Reverse the Adverse Decision of the Commissioner (Paper 14) is DENIED. The Defendant's Motion for Order Affirming the Decision of the Commissioner (Paper 22) is GRANTED. The Decision of the Commissioner of the Social Security Administration is hereby AFFIRMED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 8th day of June, 2010.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
Senior United States District Judge